The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CRIME, JUSTICE & AMERICA, INC., a California Corporation; and RAY HRDLICKA, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN LOVICK, individually and in his capacity as Sheriff of Snohomish County, Washington; DOES 1-20, in their individual and official capacities,<br><br>Defendants. | No. 12-cv-294-RSL<br><br>NOTICE OF RELATED CASES |

The Defendants wish to advise the Court that there are several related matters currently pending. It appears that the allegations made in the following four (4) complaints are substantially similar:

12-cv-05143-BHS, filed 2/21/12, (Clallam County defendants);

12-cv-05144-RBL, filed 2/22/12, (Mason County defendants);

12-cv-05145-RBL, filed 2/22/12, (Jefferson County defendants);

12-cv-05146-RBL, filed 2/22/12, (Lewis County defendants).

NOT. RELATED CASES (USDC 12-cv-294-RSL) - 1

S:\Civil\Litigation\Crime, Justice & America et al C12-018 (USDC 12-294-RSL)\Pleadings\Notice Related cases.docx

**SNOHOMISH COUNTY**
**PROSECUTING ATTORNEY - CIVIL DIVISION**
**Robert Drewel Bldg., 7th Floor, M/S 504**
3000 Rockefeller Ave
EVERETT, WASHINGTON 98201-4060
(425)388-6330/FAX: (425)388-6333

1  Snohomish County requests all five matters be transferred to one Judge and consolidated
2  in the interests of judicial economy.

3
4  DATED this 6th day of March, 2012.

5  MARK K. ROE
   Snohomish County Prosecuting Attorney
6

7  By: */s/ Robert Tad Seder*
8  Robert Tad Seder, WSBA No. 14521
   Deputy Prosecuting Attorney
9  Attorney for Snohomish County Defendants
   Snohomish County Prosecuting Attorney – Civil
10 Division
   3000 Rockefeller Ave., M/S 504
11 Everett, Washington  98201
12 (425) 388-6330/FAX:  (425) 388-6333
   Email: tseder@co.snohomish.wa.us
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**NOT. RELATED CASES (USDC 12-cv-294-RSL)  - 2**

S:\Civil\Litigation\Crime, Justice & America et al C12-018 (USDC 12-294-RSL)\Pleadings\Notice Related cases.docx

SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
**Robert Drewel Bldg., 7th Floor, M/S 504**
3000 Rockefeller Ave
EVERETT, WASHINGTON  98201-4060
(425)388-6330/FAX: (425)388-6333

# CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

1. Spencer D. Freeman at sfreeman@freemanlawfirm.org

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:  N/A.

By: */s/ Robert Tad Seder*
Robert Tad Seder, WSBA No. 14521
Deputy Prosecuting Attorney
Attorney for Snohomish County Defendants
Email: tseder@co.snohomish.wa.us

**NOT. RELATED CASES (USDC 12-cv-294-RSL)  - 3**

S:\Civil\Litigation\Crime, Justice & America et al C12-018 (USDC 12-294-RSL)\Pleadings\Notice Related cases.docx

**SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert Drewel Bldg., 7th Floor, M/S 504**
3000 Rockefeller Ave
EVERETT, WASHINGTON  98201-4060
(425)388-6330/FAX: (425)388-6333