UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CRIME JUSTICE & AMERICA, INC., *et al.*,

Plaintiff(s),

vs.

JOHN LOVICK, *et al.*,

Defendant(s).

NO. C12-294RSL

MINUTE ORDER

The following Minute Order is made and entered on the docket at the direction of the

HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

This action is reassigned to the Honorable Benjamin H. Settle as related to case number C12-5143BHS. All pleadings filed in the future shall bear case number C12-294BHS.

DATED this 7th day of March, 2012.

s/Kerry Simonds
by Kerry Simonds, Deputy Clerk
To Robert S.  Lasnik, Judge
206-370-8519

Copy to the Court
and Counsel

MINUTE ORDER