The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRIME, JUSTICE & AMERICA, INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> JOHN LOVICK, et al., <br><br> Defendants. | No. C12-294-BHS <br><br> STIPULATION AND PROPOSED ORDER OF DISMISSAL |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties that this action and all claims asserted herein are DISMISSED with prejudice and without costs to either party.

(C12-5143-BHS) Stipulation and Proposed Order of Dismissal - 1

S:\Civil\Litigation\Crime, Justice & America et al C12-018 (USDC 12-294-RSL)\Pleadings\Stip and proposed order of Dismissal.docx

SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert Drewel Bldg., 7th Floor, M/S 504
3000 Rockefeller Ave
EVERETT, WASHINGTON 98201-4060
(425)388-6330/FAX: (425)388-6333

DATED this 17th day of July, 2012.

    MARK K. ROE
    Snohomish County Prosecuting Attorney

    By: /s/ Robert Tad Seder
    Robert Tad Seder, WSBA No. 14521
    Deputy Prosecuting Attorney
    Attorney for Snohomish County Defendants
    Snohomish County Prosecuting Attorney – Civil Division
    3000 Rockefeller Ave., M/S 504
    Everett, Washington 98201
    (425) 388-6330/FAX: (425) 388-6333
    Email: tseder@co.snohomish.wa.us

FREEMAN LAW FIRM, INC.

    By: /s/ Pursuant to authorization by electronic mail
    Spencer D. Freeman, WSBA No. 25069
    Attorney for Plaintiffs
    1107 ½ Tacoma Avenue South
    Tacoma, WA 98402
    (253) 383-4500
    (253) 383-4501 FAX
    Email: sfreeman@freemanlawfirm.org

ORDER

IT IS SO ORDERED.

DATED this 17 day of July, 2012.

_____
Benjamin H. Settle
United States District Court Judge

(C12-5143-BHS) Stipulation and Proposed Order of Dismissal - 2

S:\Civil\Litigation\Crime, Justice & America et al C12-018 (USDC 12-294-RSL)\Pleadings\Stip and proposed order of Dismissal.docx

SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert Drewel Bldg., 7th Floor, M/S 504
3000 Rockefeller Ave
EVERETT, WASHINGTON 98201-4060
(425)388-6330/FAX: (425)388-6333